**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RUBISEL ANDRES POZO CESPEDES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1434-G** |
| | ) | |
| **MARKWAYNE MULLIN, Secretary of Department of Homeland Security, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner Rubisel Andres Pozo Cespedes filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement. On October 6, 2026, certain Respondents filed a Notice (Doc. No. 13) stating that Petitioner's removal from the United States is scheduled to occur.

The Court issued an Order to Show Cause (Doc. No. 14) directing Petitioner to show cause why the Petition should not be dismissed as moot. The Order to Show Cause was mailed to Petitioner but returned as undeliverable, *see* Doc. No. 15.

As it is apparent from the record that Petitioner is no longer in ICE custody, Petitioner's habeas claims are moot. Dismissal is therefore warranted. *See Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 16th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge